FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 16-42385 | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | GO GREEN INTERNATIONAL, INC. | Date Filed (f) or Converted (c): | 06/21/2016 (f) |
| For the Period Ending: | 12/31/2019 | §341(a) Meeting Date: | 08/15/2016 |
| | | Claims Bar Date: | 12/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 BANK ACCOUNTS | $1,276.88 | $1,276.88 | | $1,671.85 | FA |
| Asset Notes: Commerce National Bank Checking Account 9244. | | | | | |
| 2 AUTOMOBILES, OTHER VEHICLES, AND ACCESSORIES | $8,000.00 | $8,000.00 | | $0.00 | FA |
| Asset Notes: Kenworth Water truck appraisal $8,000.00. | | | | | |
| 3 REFUNDS (u) | $0.00 | $441.33 | | $441.33 | FA |
| Asset Notes: Texas Comptroller refund warrant for Texas Workforce Commission. | | | | | |

TOTALS (Excluding unknown value)                                                                                                                               Gross Value of Remaining Assets
                                            $9,276.88              $9,718.21                                        $2,113.18                          $0.00

**Major Activities affecting case closing:**

12/31/2019   The court entered an order for the Trustee to distribute the minimal funds on hand and, thereafter, file a no distribution report ("NDR") with minimal funds. The NDR will be filed once the check to the debtor is negotiated.

09/30/2019   The Trustee has filed a motion with the court to distribute the minimal funds on hand and, thereafter, file a no distribution report with minimal funds. The deadline to object to the motion is on or before 11/08/2019.

07/31/2019   The Trustee will file a motion with the court to distribute the minimal funds on hand and, thereafter, file a no distribution report with minimal funds.

12/31/2018   The Trustee anticipates filing a no distribution report with minimal funds for approval by the United States Trustee.

07/26/2018   The water truck was not sold at auction. The Trustee may abandon Asset No. 2, file a combo report, and close the case.

12/31/2017   The sole remaining asset of the Debtor (Kenworth Water Truck) is scheduled to be auctioned with the assets of the affiliated company, Go Green Partners LP (Case No. 16-42250; see DOC #113). The auctioned is scheduled for February, 2018.

Update as of 12/31/16: The trustee is waiting to sell the water truck in order to see how the equipment is liquidated in the companion case of Go Green Partners, LP (16-42250). The assets of the two estates may be sold in a package.

Update as of 05/31/17: The water truck is being marketed for sale along with the assets of the companion case of Go Green Partners, LP.

Update as of 12/15/2017: The auction of the assets of the Debtor (as well as companion case, Go Green Partners, L.P.; Case No. 16-42250) are anticipated to be auctioned during the first quarter of 2018.

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 16-42385 | | Trustee Name: | John Dee Spicer |
| Case Name: | GO GREEN INTERNATIONAL, INC. | | Date Filed (f) or Converted (c): | 06/21/2016 (f) |
| For the Period Ending: | 12/31/2019 | | §341(a) Meeting Date: | 08/15/2016 |
| | | | Claims Bar Date: | 12/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 02/28/2019     Current Projected Date Of Final Report (TFR): 01/31/2020     /s/ JOHN DEE SPICER

JOHN DEE SPICER

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 16-42385 | Trustee Name: | John Dee Spicer |
| --- | --- | --- | --- |
| Case Name: | GO GREEN INTERNATIONAL, INC. | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***4450 | Checking Acct #: | ******7796 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 06/21/2016 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/13/2016 | (3) | Texas Comptroller of Public Account | Refund warrant issued by TX Comptroller for TX Workforce Commission. | 1229-000 | $441.33 | | $441.33 |
| 10/04/2016 | (1) | Commerce National Bank | Turnover of bank account balance | 1129-000 | $1,671.85 | | $2,113.18 |
| 11/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,098.18 |
| 12/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,083.18 |
| 01/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,068.18 |
| 02/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,053.18 |
| 03/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,038.18 |
| 04/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,023.18 |
| 05/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,008.18 |
| 06/26/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,993.18 |
| 07/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,978.18 |
| 08/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,963.18 |
| 09/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,948.18 |
| 10/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,933.18 |
| 11/10/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $1,933.18 | $0.00 |
| | | | SUBTOTALS | | $2,113.18 | $2,113.18 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | |
|---|---|
| Case No. | 16-42385 |
| Case Name: | GO GREEN INTERNATIONAL, INC. |
| Primary Taxpayer ID #: | **-***4450 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 06/21/2016 |
| For Period Ending: | 12/31/2019 |

| | |
|---|---|
| Trustee Name: | John Dee Spicer |
| Bank Name: | Union Bank |
| Checking Acct #: | ******7796 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |
|---|---|---|
| TOTALS: | $2,113.18 | $2,113.18 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $1,933.18 | |
| Subtotal | $2,113.18 | $180.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $2,113.18 | $180.00 | |

For the period of 06/21/2016 to 12/31/2019

| | |
|---|---|
| Total Compensable Receipts: | $2,113.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,113.18 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $180.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $180.00 |
| Total Internal/Transfer Disbursements: | $1,933.18 |

For the entire history of the account between 01/01/1900 to 12/31/2019

| | |
|---|---|
| Total Compensable Receipts: | $2,113.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,113.18 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $180.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $180.00 |
| Total Internal/Transfer Disbursements: | $1,933.18 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 16-42385 | Trustee Name: | John Dee Spicer |
| --- | --- | --- | --- |
| Case Name: | GO GREEN INTERNATIONAL, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4450 | Checking Acct #: | ******2385 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 06/21/2016 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2017 | | Union Bank | Transfer Funds | 9999-000 | $1,933.18 | | $1,933.18 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.94 | $1,931.24 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.87 | $1,928.37 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.86 | $1,925.51 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.58 | $1,922.93 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.85 | $1,920.08 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.76 | $1,917.32 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,914.48 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.75 | $1,911.73 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,908.89 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.45 | $1,908.44 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.45) | $1,908.89 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $33.40 | $1,875.49 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($33.40) | $1,908.89 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,906.05 |
| 11/19/2019 | 5001 | John Dee Spicer | Expense reimbursement to Trustee [DOC ##32 and 34] | 2200-000 | | $255.00 | $1,651.05 |
| 11/19/2019 | 5002 | Go Green International, Inc. | Surplus funds to Debtor [DOC ##32 and 34] | 8200-002 | | $1,651.05 | $0.00 |

SUBTOTALS    $1,933.18    $1,933.18

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |
|---|---|
| Case No. | 16-42385 |
| Case Name: | GO GREEN INTERNATIONAL, INC. |
| Primary Taxpayer ID #: | **-***4450 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 06/21/2016 |
| For Period Ending: | 12/31/2019 |

| | |
|---|---|
| Trustee Name: | John Dee Spicer |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******2385 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| TOTALS: | | $1,933.18 | $1,933.18 | $0.00 |
| Less: Bank transfers/CDs | | $1,933.18 | $0.00 | |
| Subtotal | | $0.00 | $1,933.18 | |
| Less: Payments to debtors | | $0.00 | $1,651.05 | |
| Net | | $0.00 | $282.13 | |

| For the period of 06/21/2016 to 12/31/2019 | | For the entire history of the account between 11/10/2017 to 12/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,933.18 | Total Internal/Transfer Receipts: | $1,933.18 |
| | | | |
| Total Compensable Disbursements: | $282.13 | Total Compensable Disbursements: | $282.13 |
| Total Non-Compensable Disbursements: | $1,651.05 | Total Non-Compensable Disbursements: | $1,651.05 |
| Total Comp/Non Comp Disbursements: | $1,933.18 | Total Comp/Non Comp Disbursements: | $1,933.18 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 16-42385 | Trustee Name: | John Dee Spicer |
| --- | --- | --- | --- |
| Case Name: | GO GREEN INTERNATIONAL, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4450 | Checking Acct #: | ******2385 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 06/21/2016 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $2,113.18 | $2,113.18 | $0.00 |

| For the period of 06/21/2016 to 12/31/2019 | | For the entire history of the account between 11/10/2017 to 12/31/2019 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $2,113.18 | Total Compensable Receipts: | $2,113.18 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,113.18 | Total Comp/Non Comp Receipts: | $2,113.18 |
| Total Internal/Transfer Receipts: | $1,933.18 | Total Internal/Transfer Receipts: | $1,933.18 |
| | | | |
| Total Compensable Disbursements: | $462.13 | Total Compensable Disbursements: | $462.13 |
| Total Non-Compensable Disbursements: | $1,651.05 | Total Non-Compensable Disbursements: | $1,651.05 |
| Total Comp/Non Comp Disbursements: | $2,113.18 | Total Comp/Non Comp Disbursements: | $2,113.18 |
| Total Internal/Transfer Disbursements: | $1,933.18 | Total Internal/Transfer Disbursements: | $1,933.18 |

/s/ JOHN DEE SPICER

JOHN DEE SPICER